IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-235-CR




JOSEPH WAYNE POLK, JR.,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NO. 39,706, HONORABLE JACK W. PRESCOTT, JUDGE


 





PER CURIAM

 This is an appeal from a judgment of conviction for delivery of cocaine. The
punishment is imprisonment for twenty-five years.

 Appellant's motion to dismiss the appeal is granted. Tex. R. App. P. Ann. 59(b)
(Pamph. 1991).



[Before Chief Justice Carroll, Justices Aboussie and Kidd]

Dismissed on Appellant's Motion

Filed:  December 4, 1991

[Do Not Publish]